IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TERA DONAHUE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEW AUDIO LLC dba MASTER & DYNAMIC,<br><br>　　　　　Defendant. | Civil Action No. 2:19-cv-02310-CSB |

## NOTICE OF SETTLEMENT

Plaintiff Tera Donahue, by and through her undersigned counsel, hereby advises this Honorable Court she has reached an agreement in principle with Defendant New Audio, LLC, dba Master & Dynamic. The parties are finalizing settlement documents and expect to file a notice of dismissal within thirty (30) days.

Dated: July 6, 2020　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　*/s/ Benjamin Sweet*
　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　ben@nshmlaw.com
　　　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE & MILLER, LLP**
　　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104,
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15243
　　　　　　　　　　　　　　　　　　Phone: (412) 742-0631

　　　　　　　　　　　　　　　　　　Jonathan D. Miller
　　　　　　　　　　　　　　　　　　jonathan@nshmlaw.com
　　　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE & MILLER, LLP**
　　　　　　　　　　　　　　　　　　33 W. Mission Street, Suite 201
　　　　　　　　　　　　　　　　　　Santa Barbara, CA 93101
　　　　　　　　　　　　　　　　　　Phone: (805) 963-2345

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Tera Donahue*

## **CERTIFICATE OF SERVICE**

I certify that on the 6th day of July, 2020, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not receiving CM/ECF notifications at this time.

*/s/ Benjamin Sweet*
Benjamin J. Sweet
