IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TERA DONAHUE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEW AUDIO LLC dba MASTER & DYNAMIC,<br><br>　　　　　Defendant. | Civil Action No. 2:19-cv-02310-CSB |

## STIPULATION FOR DISMISSAL

Plaintiff, Tera Donahue, and Defendant, New Audio LLC dba Master & Dynamic, by and through their undersigned counsel, hereby stipulate that:

1.　　This action shall be DISMISSED, with prejudice, as between all parties, and;

2.　　Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: August 6, 2020

| | |
|---|---|
| NYE STIRLING, HALE & MILLER, LLP | TROUTMAN PEPPER |
| By: /s/ Benjamin J. Sweet<br>Benjamin J. Sweet<br>ben@nshmlaw.com<br>1145 Bower Hill Road, Ste 104<br>Pittsburgh, PA 15243<br>Phone: (412) 857-5350 | By: /s/ Bennet J. Moskowitz<br>Bennet J. Moskowitz<br>bennet.moskowitz@troutman.com<br>875 Third Avenue<br>New York, NY 10022<br>Phone: 212-704-6087 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 6th day of August, 2020.

                                            */s/ Benjamin J. Sweet*
                                             Benjamin J. Sweet